# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT ANTHONY TOTMAN,
           Appellant,
           vs.
THE STATE OF NEVADA,
           Respondent.

No. 78503

**FILED**

APR 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

The district court entered the judgment of conviction on August 9, 2018. Appellant did not file the notice of appeal, however, until March 29, 2019, well after the expiration of the 30-day jurisdictional appeal period prescribed by NRAP 4(b). Nonetheless, appellant requests this court to entertain the appeal. This court lacks jurisdiction to entertain an untimely appeal.[1] *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1]Untimely appeals are allowed from judgments of conviction only when the procedure under NRAP 4(c) has been followed and the district court enters a written order finding that the petitioner has a valid appeal-deprivation claim and is entitled to a direct appeal.

19-17550

cc: Hon. Scott N. Freeman, District Judge
Robert Anthony Totman
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A